IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00035-MR-WCM

| | |
|---|---|
| MEHRL PHEBUS and DEBRA PHEBUS, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| | ) |
| MOUNTAIN LIFE CABINS, LLC; OUT-A-BOUNDS FARM, LLC; RICHARD W. NORTON, JR.; GLEN FRANK; and DYLAN FRANK, | ) ) ) ) ) |
| Defendants. | ) |

This matter is before the Court on a Motion for Special Admission of Counsel filed by W. Mathew Wayne (Doc. 2), which seeks the special admission of Mr. Wayne and David L. Barry. The Motion represents that Mr. Wayne and Mr. Barry are members of the Bar of Tennessee.

The Local Rules of this district authorize the special admission of counsel, which is defined as "a conditional admission to the Bar of this Court in a particular case without association of local counsel." LCvR 83.1(b)(2).

However, the undersigned is not persuaded that such admission is appropriate in this case where Mr. Wayne, on behalf of Plaintiffs, has initiated litigation against multiple defendants.

1

To the extent that Mr. Wayne and Mr. Barry wish to represent Plaintiffs in this matter, they are welcome to associate local counsel and to seek individual *pro hac vice* admission. LCvR 83.1(b)(1).

The Motion for Special Admission of Counsel (Doc. 2) is, therefore, **DENIED**.

It is so ordered.

Signed: February 2, 2024

W. Carleton Metcalf
United States Magistrate Judge