IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00035-MR-WCM

| | | |
|---|---|---|
| MEHRL PHEBUS and<br>DEBRA PHEBUS, | )<br>)<br>) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| MOUNTAIN LIFE CABINS, LLC;<br>OUT-A-BOUNDS FARM, LLC;<br>RICHARD W. NORTON, JR.;<br>GLEN FRANK; and<br>DYLAN FRANK, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Broderick W. Harrell, Sr. The Motion indicates that Mr. Harrell, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of W. Matthew Wayne, who the Motion represents as being a member in good standing of the Bar of Tennessee. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** W. Matthew Wayne to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 1, 2024

W. Carleton Metcalf
United States Magistrate Judge