IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00035-MR-WCM

| | | |
|---|---|---|
| MEHRL PHEBUS and <br> DEBRA PHEBUS, <br> <br> Plaintiffs, <br> v. <br> <br> MOUNTAIN LIFE CABINS, LLC; <br> OUT-A-BOUNDS FARM, LLC; <br> RICHARD W. NORTON, JR.; <br> GLEN FRANK; and <br> DYLAN FRANK, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | ORDER |

This matter is before the Court on the parties' Agreed Stipulation Regarding Attorney's Fees (Doc. 30).

The Court finds the terms of the stipulation to be reasonable, accepts them, and awards Plaintiffs their expenses, as described in the Court's Order dated September 12, 2024 (Doc. 28), in the amount of **$788.50**. Said amount is to be remitted to Plaintiffs' counsel on or before **September 30, 2024**.

It is so ordered.

Signed: September 20, 2024

W. Carleton Metcalf
United States Magistrate Judge

1